IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BURRIS,<br><br>    Plaintiff,<br><br>  v.<br><br>AT&T WIRELESS, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 06-02904 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    This matter is set for a hearing on July 7, 2006 on the motion to dismiss filed by Defendant New Cingular Wireless Services, Inc.  The Court HEREBY ORDERS that any opposition to the motion shall be filed by no later than Tuesday, May 30, 3006 and Defendant's reply brief shall be filed by no later than Tuesday, June 6, 2006.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.  If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: May 16, 2006

                                                                           JEFFREY S. WHITE<br>
                                                                           UNITED STATES DISTRICT JUDGE