IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE BURRIS,

    Plaintiff,

  v.

AT&T WIRELESS,INC., ET AL,

    Defendant.
    _____/

No. C 06-02904 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on July 7, 2006 on the plaintiff's motion to remand. The Court HEREBY ORDERS that the Defendant's opposition brief shall be due by June 16, 2006 and the reply brief shall be due by June 23, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 2, 2006

                                                            JEFFREY S. WHITE
                                                            UNITED STATES DISTRICT JUDGE