**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRUCE BURRIS,

        Plaintiff,

    v.

AT&T WIRELESS, INC., et al.,

        Defendants.

_____/

No. C 06-02904 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1 this matter is referred to a randomly assigned magistrate judge for resolution of the parties' current discovery dispute filed on June 23, 2006 and for resolution of all discovery matters. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    **IT IS SO ORDERED.**

Dated: June 28, 2006

                                _____
                                JEFFREY S. WHITE
                                UNITED STATES DISTRICT JUDGE

cc:    Wings Hom