UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE BURRIS,<br><br>            Plaintiff,<br><br>    v.<br><br>AT & T WIRELESS, INC, ET AL.,<br><br>            Defendants.<br>_____/ | No. C 06-2904 JSW  (JL)<br><br>**ORDER**<br>**Re Docket # 34** |

All discovery in this case has been referred by the district court (Hon. Jeffrey S. White) as provided by 28 U.S.C. §636(b) and Civil Local Rule 72. The parties submitted to Judge White a joint letter brief regarding a discovery dispute over a subpoena of Plaintiff's medical records, which Judge White referred to this Court.

The parties are hereby ordered to meet and confer as provided by this Court's Standing Order (available on the U.S. District Court web site), and attempt to resolve this dispute. This Court recommends that the parties first avail themselves of this Court's ruling in C-05-0962 SBA, *Equal Employment Opportunity Commission v. Lexus of Serramonte*, at Docket # 28, issued March 22, 2006. The parties shall then submit to this Court a joint statement of no more than five pages, summarizing the outcome of their meet and confer session, in light of that ruling. This shall be done on or before July 14, 2006.

C-06-2904 ORDER                                                                                           Page 1 of  2

1   IT IS SO ORDERED.
2   DATED: July 7, 2006

_____
JAMES LARSON
Chief Magistrate Judge